No. 85–267. MATRIX ENTERPRISES, INC., ET AL. *v.* MILLINGTON TELEPHONE CO., INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 85–268. MITSUI & CO. (U. S. A.), INC., ET AL. *v.* WESTERN CONCRETE STRUCTURES CO., INC. C. A. 9th Cir. Certiorari denied.

No. 85–271. CALIFORNIA *v.* WALNUT PROPERTIES, INC., ET AL. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 85–272. ARROW NORTHWEST, INC., ET AL. *v.* GREATER HOUSTON TRANSPORTATION CO., DBA YELLOW CAB CO., ET AL. C. A. 5th Cir. Certiorari denied.

No. 85–275. GAY *v.* COATS & CLARK, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–280. LAWHORN ET UX. *v.* KING. C. A. 4th Cir. Certiorari denied.

No. 85–283. ARGUS CHEMICAL CORP. *v.* FIBRE GLASS-EVERCOAT CO., INC. C. A. Fed. Cir. Certiorari denied.

No. 85–284. HAYES *v.* CANNON ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–285. PEIL *v.* SPORCK. C. A. 3d Cir. Certiorari denied.

No. 85–286. BEARY *v.* WEST PUBLISHING CO. C. A. 2d Cir. Certiorari denied.

No. 85–288. DEANE ET AL. *v.* THOMSON MCKINNON SECURITIES, INC., ET AL. C. A. D. C. Cir. Certiorari denied.

No. 85–292. BECKHAM *v.* HARRIS ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–293. OZARK AIR LINES, INC. *v.* AIR LINE PILOTS ASSN., INTERNATIONAL. C. A. 8th Cir. Certiorari denied.